**In re Elizabeth Marie Rushing FLOYD, Petitioner.**

No. 01–1156.

United States Court of Appeals, Fourth Circuit.

Submitted April 20, 2001.

Decided May 8, 2001.

Elizabeth Marie Rushing Floyd, Petitioner pro se.

Before LUTTIG, WILLIAMS, and MOTZ, Circuit Judges.

PER CURIAM.

Elizabeth Marie Rushing Floyd petitions for a writ of mandamus, attacking her conviction and sentence for her involvement in a money laundering scheme and requesting an order to correct court records regarding an account involving the laundered funds. A writ of mandamus is a drastic remedy and should be granted only in those extraordinary situations when no other remedy is available. *See In re Beard,* 811 F.2d 818, 826 (4th Cir.1987). Mandamus may not be used as a substitute for appeal. *In re United Steelworkers,* 595 F.2d 958, 960 (4th Cir.1979). We find extraordinary circumstances lacking, and

conclude that the petition is an attempt to raise issues that are more properly addressed on direct appeal. Accordingly, we deny the petition and Floyd's motion for default judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*